United States District Court
Middle District of Florida
Jacksonville Division

**WILLIAM J. HOLMES, JR.,**

    **Plaintiff,**

v.                                    **NO. 3:26-CV-856-MMH-LLL**

**PNC BANK, N.A.,**

    **Defendant.**

_____

### Clerk's Minutes

Proceeding:        Case Management Conference- via Zoom Platform

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 6/3/2026 11:09 a.m. – 11:13 a.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Jason William Imler, Esquire | Counsel for Defendant | Andrew McKinley, Esquire |

The Court conducted a case management conference and educated parties on the operation of IDEAL program.